UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

No.: 1:07cv00658

| | |
|---|---|
| BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>MAXWELL TAYLOR,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER GRANTING 60-DAY STAY

This matter comes before the Court on the Parties' Notice of Settlement. Having reviewed the notice and being fully advised, the Court GRANTS the motion and ORDERS that this case be stayed 60 days to allow the parties to stay in this case to finalize the settlement agreement.

This the day of November 30, 2007

      <u>/s/ N. Carlton Tilley, Jr.</u>

      United States District Judge